UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION

Master File No. 5:18-md-2809-KKC

MDL No. 2809

ALL CASES

## JUDGMENT

This action is a multidistrict litigation in which the plaintiffs assert that saxagliptin caused them or their decedent to suffer heart failure. These diversity cases were consolidated before this Court by a transfer order entered on February 2, 2018 by the United States Judicial Panel on Multidistrict Litigation (DE 1 in 5:18-2809). In accordance with the Court's Opinion and Order granting the defendants' motion for summary judgment (DE 769 in 5:18-2809), the Court hereby ORDERS and ADJUGES as follows:

1) judgment is entered in favor of defendants AstraZeneca Pharmaceuticals LP, Bristol-Myers Squibb Company, and McKesson Corporation;

2) all remaining member cases in this MDL are CLOSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and Appealable.

This 3rd day of November, 2022.



KAREN K. CALDWELL
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF KENTUCKY